```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 16133
   DANIEL B MULLIGAN
   CAROLYN V MULLIGAN                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-8005     SSN XXX-XX-3236
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/04 and confirmed on 07/19/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 31714.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 13841.81 | .00 | 13841.81 |
| ONYX ACCEPTANCE CORP | SECURED VEHIC | 4985.00 | 534.05 | 4985.00 |
| AT & T PAYROLL PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 460.00 | .00 | 460.00 |
| COMED | UNSECURED | 824.32 | .00 | 824.32 |
| DICKSON MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISNEY | UNSECURED | NOT FILED | .00 | .00 |
| PATRICIA MILLER MD | UNSECURED | NOT FILED | .00 | .00 |
| PARKVIEW ORTHOPAEDIC GRO | UNSECURED | NOT FILED | .00 | .00 |
| LTD COMMODITIES INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1127.19 | .00 | 1127.19 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SPY UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| SPY UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPY UNIVERSITY | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST MEDICAL AFFILI | UNSECURED | 631.19 | .00 | 631.19 |
| SOUTHWEST MEDICAL AFFILI | UNSECURED | 150.71 | .00 | 150.71 |
| SOUTHWEST MEDICAL AFFILI | UNSECURED | 421.30 | .00 | 421.30 |
| SOUTHWEST MEDICAL AFFILI | UNSECURED | 290.88 | .00 | 290.88 |
| PINNACLE CREDIT SERVICES | UNSECURED | 324.67 | .00 | 324.67 |
| UNIFUND CCR PARTNERS | UNSECURED | 2942.69 | .00 | 2942.69 |

```
MIDLAND MORTGAGE CO         COST OF COLLE    350.00              .00       350.00
ONYX ACCEPTANCE CORP        UNSECURED       1081.39              .00      1081.39
JEFFERSON CAPITAL SYSTEM    UNSECURED        751.72              .00       751.72
MIDLAND MORTGAGE CO         COST OF COLLE    600.00              .00       600.00
     Summary of disbursements:
---------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   18826.81       950.00      9006.06          .00     28782.87
PRINCIPAL PAID       18826.81       950.00      9006.06          .00     28782.87
INTEREST PAID          534.05          .00          .00          .00       534.05
TOTAL PAID           19360.86       950.00      9006.06          .00     29316.92
```

The Debtor's attorney, STUART B HANDELMAN               , was allowed $   3160.00
and was paid $   2200.00   direct and $    960.00   through the plan.

The Trustee received $    1386.55 .

Refunds to the Debtor totaled $       50.53 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated:  03/13/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 16133 DANIEL B MULLIGAN & CAROLYN V MULLIGAN